UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CHARLES EDWARD SCOTT,**

   Plaintiff,

v.                                     No. 4:22-cv-757-P-BP

**CITY OF DALLAS, ET AL.,**

   Defendants.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 7. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

The Court therefore **ORDERS** that Plaintiff's motion for leave to proceed in forma pauperis is **DENIED**. ECF No. 3. And due to want of prosecution, the Court also **DISMISSES** Plaintiff's claims **without prejudice**.

**SO ORDERED** on this **11th day** of **October 2022**.

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE